JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE L. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation, SAMSUNG ELECTRONICS AMERICA, INC., a foreign corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-10077 DSF (PDx)<br>(Case Transferred/Assigned November 30, 2023)<br><br>FORMERLY CASE NO.:<br>3:23-cv-1984-BAS-DDL<br><br>**ORDER RE JOINT STIPULATION LIMITING RECOVERY FOR PLAINTIFF'S DAMAGES AT LESS THAN $75,000 AND REMAND ACTION BACK TO STATE COURT**<br><br>Dept.:	Courtroom 7D<br>Judge:	Hon. Dale S. Fischer<br>Magistrate:	Patricia Donahue |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Based on the Stipulation between the Parties, the amount in controversy does not exceed $75,000.00.  The case is therefore **REMANDED** to the Los Angeles County Superior Court, Case No. 23STCV15708.

Dated:  January 25, 2024

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1